AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DIONDRE CHANCE MONCUS,

Petitioner,

v.

SHERIFF NEAL JUMP,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-005

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 21, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition for a writ of habeas corpus is dismissed without prejudice, and Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

June 21, 2022
Date

John E. Triplett, Acting Clerk
Clerk

_Jamie Sabalza_
(By) Deputy Clerk

GAS Rev 10/2020